`UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     Case No. 2:17-cr-4
                                                       HON. PAUL L. MALONEY

JOSEPH RICHARD FRANCOIS, SR.,

        Defendant.

_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on January 31, 2017, for an initial appearance and arraignment on the indictment dated January 25, 2017 (ECF #1).

The government moved for detention supported by pretrial services.

Defendant was advised of the charges as well as his rights to a detention hearing.  Defendant is currently in tribal custody and was advised that if he is released from tribal custody, he may request a detention hearing in this Court.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                              */s/ Timothy P. Greeley*
                              TIMOTHY P. GREELEY
                              UNITED STATES MAGISTRATE JUDGE

Dated:  January 31, 2017